# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TERRELL WASHINGTON, | ) | CASE NO. 1:19CV1066 |
| | ) | |
| Petitioner, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| BUREAU OF PRISONS, | ) | MEMORANDUM OF |
| | ) | OPINION AND ORDER |
| Respondent. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

This matter is before on the court on Magistrate Judge David A. Ruiz's Report and Recommendation (Doc. 7) to grant Respondent's Motion to Dismiss and dismiss without prejudice Petitioner Terrell Washington's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) as premature. Objections to the Report and Recommendation were due by July 17, 2019. Petitioner has not filed an objection to the Report and Recommendation.

Federal Rule of Civil Procedure 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service. Fed. R. Civ. P. 72(b)(2). Petitioner has failed to timely file any such objection. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, **GRANTS** Respondent's Motion to Dismiss and **DISMISSES**, without prejudice, Petitioner's Petition.

The Court finds an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915(a)(3). Since Petitioner has not made a substantial showing of a denial of a constitutional right directly related to his conviction or custody, the Court declines to issue a certificate of appealability. 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

                                          s/ Christopher A. Boyko
                                          **CHRISTOPHER A. BOYKO**
                                          **United States District Judge**

**Dated: November 22, 2019**